**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BUZZFEED, INC. and<br>BEN SMITH,<br><br>            Plaintiffs,<br><br>     v.<br><br>DEMOCRATIC NATIONAL COMMITTEE,<br><br>            Defendant. | Civil Action No. 1:18-mc-00022 |

**SECOND CONSENT MOTION TO MODIFY BRIEFING SCHEDULE AND
INCORPORATED STATEMENT OF POINTS AND AUTHORITIES IN SUPPORT**

Pursuant to Federal Rule of Civil Procedure 6(b) and 7(b), Plaintiffs, BuzzFeed, Inc. and Ben Smith (collectively, "BuzzFeed"), and Defendant, the Democratic National Committee (the "DNC"), respectfully submit this consent motion to modify the briefing schedule on the Motion to Compel filed by BuzzFeed (the "Motion to Compel"). This is an action brought by BuzzFeed in this Court for the purpose of moving for a court order to compel the DNC to comply with a third party subpoena issued to the DNC pursuant to Federal Rule of Civil Procedure 45 in a case currently pending in the United States District Court for the Southern District of Florida, *Aleksej Gubarev, et al. v. Buzzfeed, Inc., et al.*, No. 17-CV-60426-UU (S.D. Fla.). In support of this motion, the parties submit as follows:

1.     On February 13, 2018, BuzzFeed filed the Motion to Compel. Under the default briefing schedule for this Court, the deadline for the DNC to file a memorandum in opposition would have been February 27, 2018, and the deadline for BuzzFeed to file a reply memorandum would have been seven days after service of the DNC's response. *See* D.C. LCvR 7(b), 7(d).

2.     Pursuant to Local Civil Rule 7(m), the undersigned counsel discussed the Motion to Compel by telephone on February 15, 2018. In that conversation, counsel for the DNC agreed

to accept service of the Motion (and consequently, this action) on behalf of the DNC, but advised that prior commitments in other cases would make it difficult for the DNC to respond to the Motion to Compel by the default deadline.

3. Counsel for the parties conferred again by e-mail later that same day and agreed to jointly request that the Court modify the briefing schedule, to grant both the DNC and BuzzFeed a modest extension of the default schedule and order that the DNC file its memorandum in opposition to the Motion to Compel no later than March 9, 2018, and BuzzFeed file its reply memorandum no later than March 23, 2018. The Court granted the modification on February 21, 2018 (ECF No. 6).

4. On March 9, 2018, counsel for the parties conferred once again by telephone and agreed to jointly request that the Court modify the briefing schedule, to grant both the DNC and BuzzFeed a modest extension and order that the DNC file its memorandum is opposition to the Motion to Compel no later than March 16, 2018, and BuzzFeed file its reply memorandum no later than March 30, 2018. This extension will permit the parties additional time to discuss a potential resolution to this matter, which discussions, if successful, could obviate the need for further briefing.

5. This proposed briefing schedule will not affect other deadlines in this case, because no other deadlines have previously been set by the Court.

6. This is the parties' second joint request for an extension to modify the briefing schedule. Modifying the schedule as requested will not prejudice the parties. Indeed, counsel for both parties have consented to the proposed modified schedule.

For the foregoing reasons, the parties respectfully request an order modifying the briefing schedule on the Motion to Compel. A proposed order is attached.

Dated: March 9, 2018

Respectfully submitted,

By: */s/ Elisabeth C. Frost*
Elisabeth C. Frost, Bar No. 1007632
EFrost@perkinscoie.com
Graham Wilson, Bar No. 986795
GWilson@perkinscoie.com

700 Thirteenth Street, N.W., Suite 600
Washington, D.C. 20005-3960
Telephone: 202.654.6256
Facsimile: 202.654.6211

Attorneys for Defendant
Democratic National Committee

By:

*/s/ Alison Schary* (with permission)
Nathan Siegel
Katherine M. Bolger
Adam Lazier
Alison Schary
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006
Telephone: 202-973-4200
Facsimilie: 202-973-4499
nathansiegel@dwt.com
katebolger@dwt.com
adamlazier@dwt.com
alisonschary@dwt.com

OF COUNSEL:
Allison Lucas
Nabiha Syed
BuzzzFeed, Inc.
11 E. 18th St, 13th Floor
New York, NY 10003

Attorneys for Movants BuzzFeed, Inc. and Ben Smith

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been submitted in paper form to the Court and sent electronically and via U.S. mail to the following parties on March 9, 2018:

| | |
|---|---|
| Nathan Siegel<br>Katherine M. Bolger<br>Adam Lazier<br>Alison Schary<br>DAVIS WRIGHT TREMAINE LLP<br>1919 Pennsylvania Avenue NW, Suite 800<br>Washington, DC 20006<br>Telephone: 202-973-4200<br>Facsimilie: 202-973-4499<br>nathansiegel@dwt.com<br>katebolger@dwt.com<br>adamlazier@dwt.com<br>alisonschary@dwt.com | Allison Lucas<br>Nabiha Syed<br>BuzzFeed, Inc.<br>11 E. 18th St, 13th Floor<br>New York, NY 10003 |

*Attorneys for Movants*
Attorneys for Movants BuzzFeed, Inc. and Ben Smith

*/s/ Elisabeth C. Frost*
Elisabeth C. Frost
Attorney for Defendant
Democratic National Committee